**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6294**

---

JULIAN EDWARD ROCHESTER,

Plaintiff - Appellant,

versus

BOBBY E. BUSCH, Director; LIEUTENANT SUMMEY;
DON BLACKWELL, Mr.; CINDY DOE, Ms.; OCONEE
COUNTY,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  William B. Traxler, Jr., District
Judge.  (CA-95-169-2-21-AJ)

---

Submitted:  September 20, 1996      Decided:  October 1, 1996

---

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Julian Edward Rochester, Appellant Pro Se.  William Henry Davidson,
II, John Thomas Lay, Jr., ELLIS, LAWHORNE, DAVIDSON & SIMS, P.A.,
Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Rochester v. Busch</u>, No. CA-95-169-2-21-AJ (D.S.C. Jan. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>